UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/1/2015
```

ERIC CANTONA, OLYMPICA SPORTS MANAGEMENT, AND JOEL CANTONA ORGANISATION,

          Plaintiffs,

v.

NEW YORK COSMOS LLC,

          Defendants.

No. 15-CV-3852 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons discussed on the record today, Plaintiffs' motion to strike is denied and Defendant's motion to dismiss is granted in part and denied in part. Specifically, Defendant's motion to dismiss is granted with respect to Plaintiffs' third, fifth, and sixth causes of action and denied with respect to Plaintiffs' first, second, and fourth causes of action.

    The Case Management Plan and Scheduling Order entered on July 31, 2015 remains in effect. In addition, a post-fact discovery conference is scheduled on April 22, 2016 at 3:00 p.m.

    If at any point the parties believe it would be productive for the Court to refer this action to the Court-annexed mediation program or for a settlement conference with Magistrate Judge Ellis, the parties may so notify the Court by joint letter.

    The Clerk of Court is respectfully directed to close the open entries at docket numbers 16 and 32.

SO ORDERED.

Dated:    December 1, 2015
             New York, New York

_____
Ronnie Abrams
United States District Judge