Abrams, R.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ERIC CANTONA, OLYMPICA SPORTS
MANAGEMENT, a foreign company, and JOEL
CANTONA ORGANISATION, a foreign company,

                              Plaintiffs,

                  v.

NEW YORK COSMOS, LLC,

                             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:15-cv-03852-RA

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

MAR 29 2017

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for Plaintiffs and Defendant in the above-titled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-titled action is hereby dismissed in its entirety, with prejudice; and the parties shall bear their own costs and expenses, including attorneys' fees.

Dated: Miami, Florida
     3/24, 2017

LAW OFFICE OF MICHAEL C.
COMPO, P.A.

By: _____

Michael C. Compo, Esq.
9999 NE 2d Ave Ste 306
Miami Shores, FL 33138
Tel: (786) 871-7712
*Attorneys for Plaintiffs*

Dated: New York, New York
     3/27, 2017

GORDON & REES LLP

By: _____

Mercedes Colwin, Esq.
Brian E. Middlebrook, Esq.
One Battery Park Plaza, 28th Floor
New York, New York 10004
Tel: (212) 269-5500
Fax: (212) 269-5505
*Attorneys for Defendant*

**SO ORDERED:**

_____
 **U.S.D.J.**

3/29/17

17